UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| T.Y.B.E. LEARNING CENTER and CARMEN AUSTELL, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Case No. 4:09-CV-1463 (CEJ) ) |
| HON. JOSEPH P. BINDBEUTEL, KATHY QUICK, and KIMBERLY SPRENGER, | ) ) ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that this matter is set for a hearing on plaintiffs' motion for preliminary injunction on **Thursday, October 1, 2009**, at **2:00 p.m.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2009.